UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AMANDA VERDE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>CONFI-CHEK, INC.<br><br>                Defendant. | Case No. 3:21-cv-50092<br><br>Judge Philip G. Reinhard<br><br>Magistrate Judge Lisa A. Jensen |

**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF ITS MOTION TO DISMISS**

      Plaintiff Amanda Verde ("Plaintiff") hereby states that she will not oppose Defendant Confi-Chek, Inc. d/b/a PeopleFinders's ("Defendant") Motion to Stay Proceedings Pending Resolution of its Motion to Dismiss (Dkt. 20). Pursuant to the Court's April 27, 2021 Minute Order (Dkt. 22), Plaintiff will either file an amended complaint or oppose Defendant's Motion to Dismiss on or before May 25, 2021.

Dated: April 29, 2021                           Respectfully submitted,

                                              **BURSOR & FISHER, P.A.**

                                              By:    */s/ Philip L. Fraietta*
                                                         Philip L. Fraietta

Philip L. Fraietta (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

**NICK LARRY LAW LLC**
J. Dominick Larry
55 E Monroe Street, Suite 3800
Chicago, IL 60603

Tel: (773) 694-4669
Fax: (773) 694-4691
E-Mail: nick@nicklarry.law
Firm ID: 64846

*Attorneys for Plaintiff*