IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Amanda Verde,

Plaintiff(s),

v.

Confi-Chek, Inc.
d/b/a People Finders,

Defendant(s).

Case No. 21 C 50092
Judge Philip G. Reinhard

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Confi-Chek, Inc. d/b/a People Finders
and against plaintiff(s) Amanda Verde.

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Philip G. Reinhard on a motion to dismiss.

Date: 11/1/2021

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk